# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| GABRIEL FRANCISCO VASQUEZ | ) | 2:20-MJ-96 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 24, 2020,__ in the county of __Potter__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C). | Possession with Intent to Distribute Cocaine |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

s/ Malcolm White
*Complainant's signature*

Malcolm White, DEA TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/24/2020

*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

Print   Save As...   Attach   Reset

No. 2:20-MJ-96

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Malcolm White, being sworn, depose and state as follows:

1) I am a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA).

2) I am assigned to the DEA's Amarillo Resident Office (ARO). I was selected and assigned as a TFO with DEA in December of 2019. In connection with my duties and responsibilities as a Special Agent with the Texas Department of Public Safety (DPS) and a TFO with DEA, I have received extensive training in the field of narcotics trafficking investigations, including but not limited to, conducting surveillance, smuggling, undercover operations, methods of packaging, utilizing confidential sources, as well as executing arrest and search warrants. In May of 2019 I was promoted from a patrol position to the rank of Special Agent within Texas DPS and assigned to the Amarillo District Office. Prior to my assignment in the Criminal Investigations Division of DPS, I was a Trooper assigned to the Highway Patrol Division for approximately 5 years. During that time, I made narcotic arrests and assisted in narcotics investigations.

3) This affidavit is made in support of a complaint and arrest warrant for Gabriel VASQUEZ. I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

4) On July 24, 2020, Amarillo Police Department K-9 Officer Kaleb McCarrell was working bus interdiction at the Greyhound Service Station in Amarillo, Texas. While his K-9 performed a free air sniff of the bus, a positive alert was received for the presence of narcotics in a black Nautica brand suitcase. Officer McCarrell then located two (2) vacuum-sealed packages containing a white, powdery substance concealed in the lining of the suitcase. Officer McCarrell then notified Amarillo Police Narcotics agents, along with TFO Malcolm White.

5) DEA Task Force Officers Malcolm White, Jeremy Hoffman, and Randy Mincher, as well as DEA Special Agent Christopher Brown, responded to the scene to assist in the investigation and arrived at approximately 6:08 AM . TFO White observed the bag to have a nametag attached with the name "Gabriel VASQUEZ" printed on it. During the course of the investigation, the white, powdery substance field-tested positive for the presence of cocaine. The packages were also weighed at approximately two (2) pounds, or 907 grams. Officers then formulated a plan to identify and arrest VASQUEZ upon his re-entry onto the bus at the passenger terminal.

6) TFO White and SA Brown, acting in an undercover capacity, then boarded the bus and traveled from the service station to the passenger terminal. Upon arrival, passengers began

presenting boarding passes to Greyhound personnel before coming aboard the bus. When VASQUEZ was successfully identified by SA Brown, TFO White conducted an arrest of VASQUEZ on the bus at approximately 6:31 AM and escorted him to a private area of the terminal for interview.

7)  During a custodial, post-Miranda interview, VASQUEZ made statements that he was being paid $2,000 in US currency by co-conspirators to transport what he knew to be illegal drugs from Tucson, Arizona, to Des Moines, Iowa. VASQUEZ stated that he believed he was transporting either pills, cocaine, or "bud."  VASQUEZ was then transported to the Randall County Detention Center and booked in on a federal hold.

*s/ Malcolm White*
Malcolm White
DEA Task Force Officer

Sworn to before me, and subscribed in my presence

<u>July 24, 2020</u>       at    <u>Amarillo, Texas</u>
Date                            City and State

<u>Lee Ann Reno U.S. Magistrate Judge</u>
Name and Title of Judicial Officer         Signature of Judicial Officer