IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 23 2020
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § § Plaintiff, § § v. § § GABRIEL FRANCISCO VASQUEZ § § Defendant. § | 2:20-CR-67-Z-BR-(1) |

## ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

On December 7, 2020, the United States Magistrate Judge issued a Report and Recommendation Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant Gabriel Francisco Vasquez filed no objections to the Report and Recommendation within the fourteen-day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea Agreement, and Plea Agreement Supplement—and thereby determined that the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant Gabriel Francisco Vasquez was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant Gabriel Francisco Vasquez; and ADJUDGES Defendant Gabriel Francisco Vasquez guilty of Count Two in violation of 21 U.S.C. 841(a)(1) and 841(b)(1)(C). Sentence will be imposed in accordance with the Court's sentencing scheduling order.

**SO ORDERED**, December 23, 2020.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE